## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**IN RE: ZANTAC (RANITIDINE)**           **MDL NO. 2924**
**PRODUCTS LIABILITY**                   **20-MD-2924**
**LITIGATION**

                               **JUDGE ROBIN L. ROSENBERG**
          **MAGISTRATE JUDGE BRUCE E. REINHART**

_____/

**THIS DOCUMENT RELATES TO:**

       19-cv-25220-RLR
       20-cv-14023-RLR
       20-cv-20332-RLR
       20-cv-80101-RLR
       20-cv-80110-RLR
       20-cv-80111-RLR
       20-cv-80178-RLR
       20-cv-80249-RLR
       20-cv-80278-RLR
       20-cv-80286-RLR
       20-cv-80306-RLR
       20-cv-80316-RLR
       20-cv-80327-RLR
       20-cv-80362-RLR
       20-cv-80363-RLR
       20-cv-80364-RLR
       20-cv-80479-RLR
       20-cv-80497-RLR
       20-cv-80612-RLR
       20-cv-81182-RLR

## <u>ORDER DECONSOLIDATING CASES</u>

This matter comes before the Court on the Notices of Voluntary Dismissal filed for the above-referenced cases. In light of the fact that these cases have been dismissed, it is **ORDERED AND ADJUDGED** that:

      1. The above-reference cases are **DECONSOLIDATED** from MDL proceeding 20-MD-2924.

2.  The above-reference cases shall remain **CLOSED**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 19th day of August, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE